**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

**FILED & ENTERED**

**SEP 15 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** hawkinso **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:24-bk-12344-RB |
| MARK C. LARSON, | **Chapter 7** |
| Debtor. | **ORDER ON MOTION TO REOPEN CLOSED CASE TO FILE A MOTION TO AVOID A JUDICIAL LIEN UNDER 11 U.S.C. §522(f)** |
| | **[No hearing required]** |

1

The motion of Debtor, Mark C. Larson, for an order reopening his case to file a motion to avoid lien was filed on September 12, 2025, as docket #16. Notice having been duly given and good cause appearing therefore,

**IT IS ORDERED:**

1. The Debtor's bankruptcy case is reopened for a period of sixty days. If no matter is pending at the expiration of the sixty-day period, the case may be closed without further notice.

###

Date: September 15, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge