United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 24-12344-RB

Mark C Larson                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                        User: admin                          Page 1 of 1

Date Rcvd: Sep 15, 2025             Form ID: pdf042                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark C Larson, 10972 Admirals Bay St., Victorville, CA 92392-4819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2025                Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Mark C Larson bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |
| Neil R Hedtke | on behalf of Debtor Mark C Larson hedtkelg@gmail.com hedtkeecf@gmail.com;r42667@notify.bestcase.com;rowena@flatrocklegal.com |
| Todd A. Frealy (TR) | taftrustee@lnbyb.com  taf@trustesolutions.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

1

**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**

2
3090 Bristol Street #400
Costa Mesa, CA 92626

3
Tel: 949.312.1377
Fax: 949.288.2054

4
*ben@nexusbk.com*

5
Attorney for Debtor

6

7

FILED & ENTERED

SEP 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

8
**UNITED STATES BANKRUPTCY COURT**

9
**CENTRAL DISTRICT OF CALIFORNIA**

10
**RIVERSIDE DIVISION**

11
In re:

Case No: **6:24-bk-12344-RB**

12
MARK C. LARSON,

**Chapter 7**

13
                    Debtor.

**ORDER ON MOTION TO REOPEN CLOSED CASE TO FILE A MOTION TO AVOID A JUDICIAL LIEN UNDER 11 U.S.C. §522(f)**

14

15
**[No hearing required]**

16

17

18

19

20

21

22

23

24

25

26

27

28

1

The motion of Debtor, Mark C. Larson, for an order reopening his case to file a motion to avoid lien was filed on September 12, 2025, as docket #16. Notice having been duly given and good cause appearing therefore,

**IT IS ORDERED:**

1. The Debtor's bankruptcy case is reopened for a period of sixty days. If no matter is pending at the expiration of the sixty-day period, the case may be closed without further notice.

###

Date: September 15, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2