| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>**MARK C. LARSON,** | CASE NUMBER: **6:24-bk-12344-RB**<br><br>CHAPTER: **7** |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

| Creditor Name:   **ONE MAIN FINANCIAL GROUP, LLC** |
|---|

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion.  If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 1                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

3. **Type of Case:**
   a. ☒ A voluntary petition under Chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: __4/29/2024__
   b. ☐ An involuntary petition under Chapter ☐ 7 ☐ 11 was filed on: _____
      ☐ An order of relief under Chapter ☐ 7 ☐ 11 was entered on: _____
   c. ☐ An order of conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on: _____
   d. ☐ Other: _____

4. **Procedural Status:**
   a. ☒ Name of trustee appointed *(if any)*:    **Todd A. Frealy**
   b. ☐ Name of Attorney of Record for Trustee *(if any)*: _____

5. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure §704.730: Exemption amount claimed on schedules: **$474,000**
   b. ☐ California Code of Civil Procedure § __ Exemption amount claimed on schedules: $__
   c. ☐ Other statute *(specify)*: _____

6. Debtor's entitlement to an exemption is impaired by judicial lien, the details of the lien are as follows:
   a. Date of entry of judgment *(specify)*:    **7/15/2022**
   b. Case name *(specify)*:    **One Main Financial Group, LLC v. Mark C. Larson, et al**
   c. Name of court:  **Superior Court of California, County of San Bernardino**
   d. Docket number *(specify)*    **CIVSB2129274**
   e. Date *(specify)*:  **4/14/2023**    and place of recordation of lien *(specify)*    **San Bernardino County Recorder**
   f. Recorder's instrument number *(specify)*:    **2023-0087797**

7. The property claimed to be exempt is as follows:
   a. Street address, city, county and state, where located, *(specify)*:    **10972 Admirals Bay Street**
      **Victorville, CA 92392**

   b. Legal description *(specify)*:    **TRACT 15503 LOT 72 BOOK 320 PAGE 32**

                                                                            ☐ See attached page

8. Debtor acquired the property claimed exempt on the following date *(specify)*: **12/18/2006**

9. Debtor alleges that the fair market value of the property claimed exempt is: **$465,000**

10. The subject property is encumbered with the following liens *(list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion)*:

| Name of Lienholder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Mr. Cooper | ☐ | 12/18/2006 | $243,295.00 | $191,894.77 | 3/19/2024 |
| OneMain Financial Group | ☒ | 4/14/2023 | $15,934.81 | $18,789.98 | 4/29/2024 |

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor
    b. ☒ Appraisal of the property
    c. ☒ Documents showing current balance due as to the liens specified in paragraph 10 above
    d. ☒ Recorded Abstract of Judgment
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration
    g. ☐ Other *(specify)*: _____

12. Total number of attached pages of supporting documentation: **19**

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 2                          F 4003-2.1.AVOID.LIEN.RP.MOTION

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Date:    <u>9/20/2025</u>

Signature of Debtor

Mark e Larson

Printed name of Debtor

Date:    <u>9/20/2025</u>

Signature of Attorney for Debtor

**Benjamin Heston**

Printed name of Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 3                    F 4003-2.1.AVOID.LIEN.RP.MOTION

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** OneMain Financial Group, LLC

2. **Subject Lien:** Date and place of recordation of lien (*specify*): 4/14/2023; San Bernardino County Recorder
   Recorders instrument number or document recording number: 2023-0087797

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:

   Street address: 10972 Admirals Bay Street, Victorville, CA 92392

   Legal description: TRACT 15503 LOT 72 BOOK 320 PAGE 32

☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral:............................................................................ **$465,000**
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ................................................................. (**$191,894.77**)
      (2) Second lien: ........................................................... (**$18,789.98**)
      (3) Third lien: ............................................................... ($_____)
      (4) Additional senior liens (*attach list*): ........................... ($_____)
   c. Amount of Debtor's exemption(s): ........................................... (**$474,000**)
   d. Subtotal: ................................................................................. (**$684,684.75**)
   e. Secured Claim Amount (negative results should be listed as -$0-): .............. (**-$0-**)

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

**Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 4                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# EXHIBIT A

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark C Larson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **10972 Admirals Bay St. Victorville, CA 92392  San Bernardino County Co-Trustee in revocable Trust**<br>Line from *Schedule A/B*: **1.1** | $225,000.00 | ■ $474,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **living, dining, bedroom furniture, refrigerator, stove**<br>Location: 10972 Admirals Bay St., Victorville CA 92392<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **tvs, cell phone, computer**<br>Location: 10972 Admirals Bay St., Victorville CA 92392<br>Line from *Schedule A/B*: **7.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **for 1 adult**<br>Location: 10972 Admirals Bay St., Victorville CA 92392<br>Line from *Schedule A/B*: **11.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| Debtor 1 | **Mark C Larson** | Case number (if known) |
|---|---|---|

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☑ No

        ☐ Yes

# EXHIBIT B



**Asset Val** *Valuation Solutions*



| Loan# 0630126621 | | | |
|---|---|---|---|
| Project Name | RSH120824_1 | Completion Date | 12/12/2024 |
| Inspection Type/Date | Exterior 12/11/2024 | Borrower Name | MARK LARSON |
| Street Address | 10972 Admirals Bay St | | |
| City | Victorville | State CA | Zip 92392 |

## Subject Property

| | | | |
|---|---|---|---|
| Location | Suburban | Currently Listed | No |
| Property Type | Single Family-Detached | Listed in Last 36 Months | No |
| Occupancy | Occupied | Listing Company | |
| Fair Market Rent (All Units) | $2,750 | List Company Phone | |
| Red Flags | ☐ Damaged  ☐ Construction | Days on Market | |
| | ☐ Environmental  ☐ Zoning | List Status | |
| | ☐ Market Activity  ☐ Boarded | | |
| | ☐ Stigma  ☐ Subject Not Visible | Original List Price | |
| | ☐ Other  ☑ None | Last Known Sale Date | 12/18/2006 |
| | | Last Known Sale Price | $304,500 |

| | | | |
|---|---|---|---|
| County | San Bernardino | Zoning Code | SFR |
| APN | 3136-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 | Zoning Description | Residential |
| Current Use | SFR | Zoning Compliance | Legal |
| Best Use. If no, explain | Yes | If Illegal, explain: | |

## Subject and Comparable Sales Characteristics

| Attribute | Subject | ☐ Comp Sale 1 | ☑ Comp Sale 2 | ☐ Comp Sale 3 |
|---|---|---|---|---|
| Address | 10972 Admirals Bay St, Victorville,CA 92392 | 12483 Verano St Victorville, CA 92392 | 11977 Autumn Wind Ln Victorville, CA 92392 | 12488 Domingo St Victorville, CA 92392 |
| Proximity | | 0.55 Miles | 1.29 Miles | 0.17 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Equal | Equal | Equal |
| Style | Contemporary | Contemporary | Contemporary | Contemporary |
| Condition | Average | Average | Average | Average |
| Construction | Stucco | Stucco | Stucco | Stucco |
| Year Built | 2006 | 2007 | 2004 | 2007 |
| Lot Size | 7203 Sq.Ft. | 7488 Sq.Ft. | 7345 Sq.Ft. | 7276 Sq.Ft. |
| # Units | 1 | 1 | 1 | 1 |
| GLA | 2300 | 2703 | 2404 | 2113 |
| Room Count | 8 | 8 | 8 | 8 |
| Bed Count | 4 | 4 | 4 | 3 |
| Bath Count | 3.0 | 2.1 | 3.0 | 2.0 |
| Basement | None | None | None | None |
| BG SqFt | | | | |
| Basement Finished % | 0 | 0 | 0 | 0 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | Attached | Attached | Attached | Attached |
| Number of Stalls | 2 | 2 | 2 | 2 |
| Parking | Driveway | Driveway | Driveway | Driveway |
| Pool | No | No | No | No |
| View | Unremarkable | Unremarkable | Unremarkable | Unremarkable |
| Waterfront | No | No | No | No |
| Data Source | Tax Record/Assessor | MLS: OC24109303 | MLS: OC24112992 | MLS: HD24155153 |
| Finance Type | | FHA/VA | Conventional | FHA/VA |
| Sale Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| Sale Date | | 09/15/2024 | 09/05/2024 | 10/15/2024 |
| DOM | | 52 | 46 | 19 |
| Original List Price | | $499,000 | $469,000 | $436,000 |
| List Price at Sale | | $450,000 | $469,000 | $442,000 |
| Sales Price | | $464,000 | $470,000 | $447,000 |
| $/Sq Ft (As-Is) | 198 | 172 | 196 | 212 |

## Sales Comments / Sale Concessions

| | |
|---|---|
| Comp Sale 1 | +$3,000 adjustment for inferior bathrooms.  -$20,150 adjustment for superior GLA.  Adjusted value= $446,850  Concession: No concessions |
| Comp Sale 2 | -$5,200 adjustment for superior GLA.  -$9,400 adjustment for concessions.  Adjusted value= $455,400  Concession: 9400 |
| Comp Sale 3 | +$5,000 adjustment for inferior bedrooms.  +$6,000 adjustment for inferior bathrooms.  +$9,350 adjustment for inferior GLA.  Adjusted value= $467,350  Concession: 6000 |





| Loan# 0630126621 | | | |
|---|---|---|---|
| Project Name | RSH120824_1 | Completion Date | 12/12/2024 |
| Inspection Type/Date | Exterior 12/11/2024 | Borrower Name | MARK LARSON |
| Street Address | 10972 Admirals Bay St | | |
| City | Victorville | State | CA | Zip | 92392 |

## Subject and Comparable Listing Characteristics

| Attribute | Subject | ☐ Comp List 1 | ☐ Comp List 2 | ☑ Comp List 3 |
|---|---|---|---|---|
| Address | 10972 Admirals Bay St, Victorville, CA 92392 | 13279 Sundance Cir Victorville, CA 92392 | 11946 Russell Ct Victorville, CA 92392 | 11968 Autumn Wind Ln Victorville, CA 92392 |
| Proximity | | 1.99 Miles | 1.31 Miles | 1.29 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Equal | Inferior | Equal |
| Style | Contemporary | Contemporary | Contemporary | Contemporary |
| Condition | Average | Average | Average | Average |
| Construction | Stucco | Stucco | Stucco | Stucco |
| Year Built | 2006 | 2001 | 2004 | 2004 |
| Lot Size | 7203 Sq.Ft. | 7480 Sq.Ft. | 6408 Sq.Ft. | 7201 Sq.Ft. |
| # Units | 1 | 1 | 1 | 1 |
| GLA | 2300 | 1890 | 2015 | 2404 |
| Room Count | 8 | 8 | 8 | 8 |
| Bed Count | 4 | 4 | 3 | 4 |
| Bath Count | 3.0 | 2.0 | 2.0 | 3.0 |
| Basement | None | None | None | None |
| BG SqFt | | | | |
| Basement Finished % | 0 | 0 | 0 | 0 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | Attached | Attached | Attached | Attached |
| Number of Stalls | 2 | 2 | 2 | 2 |
| Parking | Driveway | Driveway | Driveway | Driveway |
| Pool | No | No | No | No |
| View | Unremarkable | Unremarkable | Unremarkable | Unremarkable |
| Waterfront | No | No | No | No |
| Data Source | Tax Record/Assessor | MLS; HD24208752 | MLS; HD24246613 | MLS; CV24164909 |
| Finance Type | | FHA/VA | FHA/VA | FHA/VA |
| List Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| List Date | | 10/09/2024 | 12/09/2024 | 08/12/2024 |
| DOM | | 26 | 2 | 121 |
| Pending | | Yes | No | No |
| Original List Price | | $410,000 | $438,000 | $489,900 |
| Current List Price | | $410,000 | $438,000 | $489,000 |
| $/Sq Ft (As-Is) | 198 | 217 | 217 | 203 |

## Listing Comments / Pricing Concessions

| Comp Listing 1 | +$6,000 adjustment for inferior bathrooms.  +$20,500 adjustment for inferior GLA.  Adjusted value= $436,500<br><br>Concession: No concessions offered |
|---|---|
| Comp Listing 2 | +$5,000 adjustment for inferior bedrooms.  +$6,000 adjustment for inferior bathrooms.  +$14,250 adjustment for inferior GLA.  Adjusted value= $463,250<br><br>Concession: No concessions offered |
| Comp Listing 3 | -$5,200 adjustment for superior GLA.  Adjusted value= $483,800<br><br>Concession: No concessions offered |

## 90-120 DAY VALUE ESTIMATE

| As-Is | | Repaired | |
|---|---|---|---|
| Probable Sale Price | $455,400 | Probable Sale Price | $455,400 |
| List Price | $465,000 | List Price | $465,000 |

## QUICK SALE VALUE ESTIMATE

| Probable Quick Sale Price | $446,850 | Quick Sale Discount | 1.88 % |
|---|---|---|---|

## LAND VALUE ESTIMATE

| Estimated Lot Value Low | $90,000 | Estimated Lot Value High | $91,000 |
|---|---|---|---|

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350

384064.1-1.12





| Loan# 0630126621 | | | |
|---|---|---|---|
| Project Name | RSH120824_1 | Completion Date | 12/12/2024 |
| Inspection Type/Date | Exterior 12/11/2024 | Borrower Name | MARK LARSON |
| Street Address | 10972 Admirals Bay St | | |
| City | Victorville | State | CA | Zip | 92392 |

## General Market Conditions

Current Market Conditions    ☐ Excellent ☐ Improving ☐ Stable ☑ Slow ☐ Depressed

Employment Conditions    ☐ Increasing ☑ Stable ☐ Decreasing

Market Values for this type of property have
- ☑ Appreciated   3   % in the past   12   months
- ☐ Depreciated    % in the past    months
- ☐ Remained Stable for the past    months

Price Range of   125   comparable sales in past 12 months   $300,000   to   $595,000

Price Range of   21   competitive listings on the market   $445,000   to   $639,000

Typical Marketing Time (DOM)   41    Marketing Time Trend   ☑ Increasing ☐ Stable ☐ Decreasing

Current Inventory of this type of property   ☑ Undersupply ☐ Balanced ☐ Oversupply

Estimated Occupancy of subject's neighborhood:   95   % Owner   4   % Tenant    % Vacant

Median Monthly Market Rent :   $2,750

Are REO/short sales/listings affecting the overall value of the subject's neighborhood?   ☐ Yes ☑ No

REO Trend   ☐ Increasing ☑ Stable ☐ Decreasing    Distressed Discount   1   %

Is there evidence of a disaster?   ☐ Yes ☑ No   Date

Number of boarded or blocked up homes   0    Industrial within 0.25 miles   ☐ Yes ☑ No

**Neighborhood Description:**

The subject is located in a residential neighborhood consisting of both one and two story homes, most of which were constructed after 2000. There is good access to schools and shopping. No adverse conditions were noted.

**General Comments about market conditions:**

Buyer demand has slowed due to an increase in interest rates. Moreover, an increase in inflation and uncertainty of a recession has caused a slow down in sales which has increased overall DOM. However, a shortage of housing supply still does exist.

## Subject Marketability

HOA?   ☐ Yes ☑ No   HOA Name

HOA Contact    Phone Number

HOA Fee    HOA Fee Schedule    Fees Current? ☐ Yes ☐ No   Delinquent Amount

Fee Includes:   ☐ Insurance ☐ Landscaping ☐ Pool ☐ Tennis ☐ Other

Any known litigation involving the HOA?   ☐ Yes ☐ No

If yes, explain:

Is the subject property currently impacted by a disaster?   ☐ Yes ☑ No   Date    Type

Recommended Marketing Strategy   ☑ As-Is ☐ Minimal Lender Required Repairs ☐ Repaired

Most Likely Buyer   ☑ Owner Occupant ☐ Investor

Considering available indicators, the current occupant of the subject is most likely   ☑ Owner ☐ Tenant ☐ Vacant

Does the subject conform to the neighborhood?   ☑ Yes ☐ No

For the neighborhood, the subject is an:   ☐ Under Improvement ☑ Appropriate Improvement ☐ Over Improvement

Is the subject's condition consistent with properties in the neighborhood?   ☑ Yes ☐ No

Does the subject property appear to have been updated?   ☐ Yes ☑ No

Does the subject property need emergency repairs?   ☐ Yes ☑ No ☐ Unknown

If yes, explain:

Does the subject property show evidence of vandalism?   ☐ Yes ☑ No

If yes, explain:

Are all types of financing available for the subject?   ☑ Yes ☐ No

If no, explain:

**Describe any adverse environmental/safety conditions:**

No adverse environmental/safety concerns noted at time of photos.

**Positive attributes to marketability:**

No Positive attributes to marketability noted at time of photos.

**Negative attributes to marketability:**

No Negative attributes to marketability noted at time of photos.

384064.1-1.13





| Loan# 0630126621 | | | |
|---|---|---|---|
| Project Name | RSH120824_1 | Completion Date | 12/12/2024 |
| Inspection Type/Date | Exterior  12/11/2024 | Borrower Name | MARK LARSON |
| Street Address | 10972 Admirals Bay St | | |
| City | Victorville | State | CA | Zip | 92392 |

## Addendum

The values provided for the subject property are based on a 90-120 day FAIR MARKET value.  Sale # 2 held the most weight as it was the most comparable to the subject.  Values have increased over the past 12 months.  A search was conducted utilizing 2 MLS databases.  The results were limited.  Search parameters were expanded to include the previous 6 months of data and a radius of 2 miles  in order to find comparable homes with equal location to subject.

## ESTIMATE OF REPAIRS

| INTERIOR ITEMS | | EXTERIOR ITEMS | |
|---|---|---|---|
| Interior Paint | $0 | Exterior Paint | $0 |
| Drywall/Plaster | $0 | Siding/Trim | $0 |
| Flooring | $0 | Roof | $0 |
| Electrical/Plumbing | $0 | Gutters/Downspouts | $0 |
| Kitchen | $0 | Exterior Doors | $0 |
| Bathrooms | $0 | Windows | $0 |
| Interior Doors | $0 | Structural | $0 |
| Heating/Cooling | $0 | Garage | $0 |
| Mold/Discoloration | $0 | Pool/Spa | $0 |
| Other (1) | $0 | Other (1) | $0 |
| Other (2) | $0 | Other (2) | $0 |

Total Cost of Estimated Repairs:    $0

What will the condition rating be after the recommended repairs are completed?:





| Loan# 0630126621 | | | | | | |
|---|---|---|---|---|---|---|
| Project Name | RSH120824_1 | | Completion Date | 12/12/2024 | | |
| Inspection Type/Date | Exterior  12/11/2024 | | Borrower Name | MARK LARSON | | |
| Street Address | 10972 Admirals Bay St | | | | | |
| City | Victorville | | State | CA | Zip | 92392 |

## CERTIFICATION  & LIMITING CONDITIONS OF SALES AGENT OR BROKER

I certify and hereby confirm:

The subject property inspection for a Broker Price Opinion, whether interior or exterior, is not a 'home inspection' and should not be construed as such. As part  of the valuation process the real estate agent performs a non-invasive visual inspection that is not intended to reveal defects or detrimental conditions that are not readily apparent.  Any subsequently discovered defects or detrimental conditions could adversely affect the agent's opinion of value, and a reconsideration would be warranted. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of export to investigate.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause  of the client, the dollar amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this a Broker Price Opinion.
- I did not base, either partially or completely, my analysis and/or the opinion of value in this report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- I have made a personal inspection of the property that is the subject of this report.
- By virtue of my license, experience and training, I satisfy the competency rule, have met the state and federal requirements for completing a Broker Price Opinion, and have the skills and knowledge to produce a credible and reliable value conclusion.
- I have met the education and continuing educational requirements for my license.
- I have followed the applicable laws and regulations of the state where I am licensed, as well as, all federal laws governing the completion of a Broker Price Opinion.

### SIGNATURE

- Agent/Broker Name:  **Edgar Serratos**
- License Number:  **01293628**
- Licensing State:  **CA**
- Expiration Date:  **05/23/2026**
- Company Name:  **Edgar Serratos DBA All SoCal Homes**
- Company Address:  **12127 Mall Blvd, Victorville, CA. 92392**
- Distance from Subject:  **2.60 Miles**
- Telephone Number:  **760-881-4040**
- Email Address:  **venragroup1@gmail.com**

- E- Signature:  *Edgar Serratos*

## COMPLIANCE & DISCLAIMER

### Federal Compliance:

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350

384064.1-1.15

# EXHIBIT C



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

STATEMENT DATE
03/19/2024

PAYMENT DUE DATE
04/01/2024

LOAN NUMBER
0630126621

PROPERTY ADDRESS
10972 ADMIRALS BAY ST
VICTORVILLE, CA 92392

**REINSTATEMENT AMOUNT DUE\*\***
**$20,428.82**
*If payment is received on or after 04/17/2024, a $0.00 late fee will be charged.*

MARK C LARSON
RAUL RAMIREZ
10972 ADMIRALS BAY ST
VICTORVILLE, CA 92392

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: 888-480-2432
Mon–Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

YOUR Dedicated Loan Specialist is:
Lesley Littler
AND CAN BE REACHED AT:
(866)-316-2432
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

## ACCOUNT OVERVIEW

| | | |
|---|---|---|
| INTEREST BEARING PRINCIPAL BALANCE | | INTEREST RATE |
| $180,272.48 | | 4.375% |
| | | ESCROW BALANCE |
| | | -$3,358.97 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## EXPLANATION OF AMOUNT DUE

| CATEGORY | |
|---|---|
| PRINCIPAL | $474.64 |
| INTEREST | $657.24 |
| ESCROW AMOUNT (FOR TAXES & INSURANCE) | $734.88 |
| OPTIONAL PRODUCTS / SERVICES | $0.00 |
| TOTAL FEES & CHARGES | $354.54 |
| LENDER PAID EXPENSES* | $1,406.68 |
| OVERDUE PAYMENT(S) | $16,800.84 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **REINSTATEMENT AMOUNT DUE\*\*** | **$20,428.82** |
| ACCELERATION AMOUNT DUE | $191,894.77 |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*
*Excludes lender advances for escrow disbursements*

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 02/21/2024 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

See page 2 for detailed Lender Paid Expenses Summary

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

\*\*The Reinstatement Amount Due is the amount you must pay as of the date of this billing statement to bring your loan current. Your loan has been accelerated. The Accelerated Amount Due is the approximate payoff as of the date of the billing statement. Neither of these amounts include fees and costs incurred but not yet billed. Please call us to request a reinstatement quote or payoff quote as these amounts will change frequently. We require all reinstatement payments to be made in certified funds through either a cashier's check or money order, made payable and mailed to Mr. Cooper.

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

Want to make payments even easier? Pay online at www.mrcooper.com, on the go with the Mr. Cooper app, or by setting up AutoPay . No matter how you pay, we'll never charge a transaction fee.

## TRANSACTION ACTIVITY (02/21/2024 TO 03/19/2024) (See page 2 for more transactions)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

✂ --- DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. ---

## mr. cooper®
CHANGING THE FACE OF HOME LOANS      www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

MARK LARSON
RAUL RAMIREZ

MR. COOPER
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER | REINSTATEMENT AMOUNT DUE* | |
|---|---|---|
| 0630126621 | 04/01/2024 | $20,428.82 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 04/17/2024 | $20,428.82 |

| | |
|---|---|
| ADDITIONAL ESCROW | $ |
| \*\*ADDITIONAL PRINCIPAL | $ |
| FEES | $ |
| LENDER PAID EXPENSES | $ |
| ***TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH*** | |

*All amounts must be paid in full before additional principal can be made.

91 0630126621 0 002042882    002042882

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may pay specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payment will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

**SERVICEMEMBERS CIVIL RELIEF ACT**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:

Mr. Cooper, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

**LATE CHARGES AND OVERDRAFT FEES**

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

**HOMEOWNER COUNSELING NOTICE**

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

**NEW YORK STATE RESIDENTS**

For those customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

> You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There is no charge for this service. Call 888-480-2432.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing – 6507R3, 3000 Kellway Drive, Suite 120, Carrollton, TX 75006.

**WIRE** Allows you to send payoff/reinstatement funds via wire transfer. Visit our website at www.mrcooper.com or refer to your payoff statement for wiring instructions.

**MONEYGRAM® EXPRESSPAYMENT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION® QUICK COLLECT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the Quick Collect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper    Code City: MRCOOPER    State: TX

All Quick Collect transactions require cash. Western Union will charge a fee for this service.

---

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will no the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

---

### CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432.** Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT) [Calls may be monitored and/or recorded for quality assurance purposes.]

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Visit www.mrcooper.com OR call **888-480-2432.**

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 9225 Coppell, TX 75019 Fax (817) 826-1861 | PO Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Office. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after the later date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.



**Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS     ☐ TELEPHONE NUMBER     LOAN #: _____

Borrower's Name: _____     Co-Borrower's Name: _____

Borrower's New Address: _____     Co-Borrower's New Address: _____

Authorized Borrower's Number(s):     Authorized Co-Borrower's Number(s):

Home: ( ____ ) _____     Mobile: Yes  No          Home: ( ____ ) _____     Mobile: Yes  No

Work: ( ____ ) _____ Ext: _____     Mobile: Yes  No          Work: ( ____ ) _____ Ext: _____     Mobile: Yes  No

Other: ( ____ ) _____     Mobile: Yes  No          Other: ( ____ ) _____     Mobile: Yes  No

Signature Required: _____     Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

# EXHIBIT D

TO BE RECORDED IN:
SAN BERNARDINO COUNTY

RECORDING REQUEST BY:
ROBERT SCOTT KENNARD

WHEN RECORDED MAIL TO:
NELSON & KENNARD
P.O. BOX 13807
SACRAMENTO, CA 95853

FILE: 21-31557-0

Recorded In Official Records
San Bernardino County

Assessor-Recorder-County Clerk

DOC# 2023-0087797

| | | | |
|---|---|---|---|
| 04/14/2023 | Titles: 1 | Pages: 3 | |
| 11:20 AM | | | |
| SAN | Fees | | $45.00 |
| | Taxes | | $ 0.00 |
| I4311 | CA SB2 Fee | | $75.00 |
| | Total | | $123.00 |

25-08746

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

ABSTRACT OF JUDGMENT

ARC.FRM
*21315570%ARC%PLEADINGS*

EJ-001

RECORDING REQUESTED BY AND RETURN TO:

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and telephone):
Kristen Dean, SBN 321178
NELSON & KENNARD        File No. 21-31557-0
5011 Dudley Blvd, Bldg 250, Bay G
McClellan, CA 95652
TEL NO: (916) 920-2295   FAX NO. (optional): (916) 920-0682

☒ ATTORNEY  ☒ JUDGMENT  ☐ ASSIGNEE OF
   FOR         CREDITOR        RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN
BERNARDINO
STREET ADDRESS: SAN BERNARDINO DISTRICT-CIVIL
MAILING ADDRESS: 247 West Third St
CITY AND ZIP CODE: San Bernardino, CA 92415-0210
BRANCH NAME: SAN BERNARDINO DISTRICT - LIMITED CIVIL
CASE

FOR RECORDER'S USE ONLY

PLAINTIFF:    OneMain Financial Group, LLC

DEFENDANT:    MARK C LARSON, et al.

CASE NUMBER:
CIVSB2129274

| ABSTRACT OF JUDGEMENT – CIVIL | ☐ Amended |
| AND SMALL CLAIMS | |

FOR COURT USE ONLY

1. The  ☒ judgment creditor  ☐ assignee of record
apples for an abstract of judgment and represents the following:
   a. Judgment debtor's
            Name and last known address

      MARK C LARSON
      10972 Admirals Bay St
      Victorville, California  92392

   b. Driver's license no. [last 4 digits] and state:          ☒ Unknown
   c. Social security no [last 4 digits]: ***-**-1995          ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to
   (name and address):

      MARK C LARSON
      10972 Admirals Bay St, Victorville, California  92392

2. [  ] Information on additional judgment debtors is
         shown on page 2.

3. Judgment creditor (name and address):
OneMain Financial Group, LLC
c/o NELSON & KENNARD P.O. Box 13807
Sacramento, CA  95853

Date: December 21, 2022
      Kristen Dean
      (TYPE OR PRINT NAME)            ►

4. ☐ Information on additional judgment creditors is
        shown on page 2.

5. ☐ Original abstract recorded in this county:
      a. Date:
      b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 15,934.81

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): July 15, 2022
   b. Renewal entered on (date):

9. ☐ This judgment is an installment judgment.

[SEAL]  SUPERIOR COURT OF CALIFORNIA  COUNTY OF SAN BERNARDINO

This Abstract issued on (date):
FEB 2 7 2023

10. ☐ An  ☐ execution lien  ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until
         (date):

12. a. ☒ I certify that this is a true and correct abstract of
          the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by _____, Deputy
         DANIEL ZWIERLEIN

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT – CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: ONEMAIN FINANCIAL GROUP, LLC | COURT CASE NUMBER |
|---|---|
| DEFENDANT: MARK C LARSON, et al. | CIVSB2129274 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*     14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.        Name and last known address      17.        Name and last known address

Driver's license no. [last 4 digits] and state:      Driver's license no. [last 4 digits] and state:
                                    ☐ Unknown                                          ☐ Unknown
Social security no. [last 4 digits]:      Social security no. [last 4 digits]:
                                    ☐ Unknown                                          ☐ Unknown

Summons was personally served at or mailed to *(address):*      Summons was personally served at or mailed to *(address):*

18.        Name and last known address      19.        Name and last known address

Driver's license no. [last 4 digits] and state:      Driver's license no. [last 4 digits] and state:
                                    ☐ Unknown                                          ☐ Unknown
Social security no. [last 4 digits]:      ☐ Unknown      Social security no. [last 4 digits]:      ☐ Unknown
Summons was personally served at or mailed to *(address):*      Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

DOC #2023-0087797 Page 3 of 3

# EXHIBIT F

**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | **Case No: 6:22-bk-12949-RB** |
| **MARK C. LARSON,** | **Chapter 7** |
| Debtor. | **DECLARATION OF DEBTOR, MARK C. LARSON, REGARDING MOTION TO AVOID LIEN** |

I, Mark C. Larson, declare as follows:

1. I am the Debtor in this bankruptcy case. I have personal knowledge of all matters stated herein and could competently testify thereto.

2. I am the owner of a 50% interest in the real property located at 10972 Admirals Bay Street, Victorville, California 92392 (the "Property"). I purchased the Property in December 2006, and I have continuously resided there since that time.

3. On April 14, 2023, an Abstract of Judgment in favor of OneMain Financial Group, LLC was recorded against me in San Bernardino County. Attached as Exhibit D is a true and correct copy of that abstract, which I received directly from the county recorder. I was not aware of this abstract at the time I filed bankruptcy and therefore was not aware of the need to avoid the lien.

4. Attached as Exhibit B is a true and correct copy of a written appraisal report prepared by Valuation Solutions, dated December 12, 2024, which estimates the fair market value of the Property to be $465,000.

5. Under California Evidence Code §813(a)(2), as the owner of the Property, I am qualified to provide an opinion of its value. Based on my knowledge of the Property, including its size, condition, location, and comparable sales in the neighborhood, I believe the appraisal accurately reflects the fair market value of the Property.

6. Based upon the balance of the mortgage, my 50% interest in the Property, and my $474,000 homestead exemption, the judgment lien would be avoidable in its entirety unless the value of the Property was more than $1,139,895[1].

7. Attached as Exhibit C is a true and correct copy of the mortgage statement most recent to the filing of my bankruptcy, which I received directly from my mortgage company, Mr. Cooper, dated March 19, 2024.

8. Attached as Exhibit A is a true and correct copy of Schedule C from my bankruptcy petition, in which I claimed a homestead exemption of $474,000.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 20, 2025

MARK C. LARSON

---

[1] ($1,139,895 − $191,895) ÷ 2 − $474,000 = $0

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S..C. §522(F) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

## 1. __TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)__:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/25/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Todd A. Frealy (TR)    tafttrustee@lnbyb.com, taf@trustesolutions.net
Neil R Hedtke    hedtkelg@gmail.com, hedtkeecf@gmail.com;r42667@notify.bestcase.com;rowena@flatrocklegal.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

## 2. __SERVED BY UNITED STATES MAIL__:
On (*date*) 9/25/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Magdalena Reyes-Bordeaux
3420 Twelfth Street
Suite 365 / Courtroom 303
Riverside, CA 92501-3819
Amanda Garcia, CT Corporation System
Agent for Service: OneMain Financial Group, LLC
330 North Brand Blvd, Suite 700
Glendale, CA 91203

Nelson & Kennard
Attorneys for OneMain Financial Group, LLC
5011 Dudley Blvd, Bldg 250, Bay G
McClellan, CA 95652
Koy Saechao, CSC Lawyers Incorporating Service
Agent for Service: Nationstar Mortgage, LLC
330 North Brand Blvd, Suite 700
Glendale, CA 91203

☐ Service information continued on attached page

## 3. __SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL__
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/25/2025 | Benjamin Heston | /s/Benjamin Heston |
|-----------|-----------------|--------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**




## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## LIMITED LIABILITY COMPANY

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20250856880

Date Filed: 4/28/2025

### Entity Details

| | |
|---|---|
| Limited Liability Company Name | ONEMAIN FINANCIAL GROUP, LLC |
| Entity No. | 201509910229 |
| Formed In | DELAWARE |

### Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 100 INTERNATIONAL DR 16TH FLOOR BALTIMORE, MD 21202 |

### Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 100 INTERNATIONAL DR 16TH FLOOR BALTIMORE, MD 21202 |
| Attention | |

### Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | None |

### Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| Dana R Wassam | 1011 Centre Rd Ste 402 Wilmington, DE 19805 |
| Troy L Sauer | 100 International Dr 16th Floor Baltimore, MD 21202 |
| Micah R Conrad | 100 International Dr 16th Floor Baltimore, MD 21202 |

### Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM Registered Corporate 1505 Agent |

### Type of Business

| | |
|---|---|
| Type of Business | CONSUMER FINANCE |

### Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

### Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

### Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20250234732 |
| Date Filed: 2/3/2025 |

### Entity Details

| | |
| --- | --- |
| Limited Liability Company Name | NATIONSTAR MORTGAGE LLC |
| Entity No. | 200109410005 |
| Formed In | DELAWARE |

### Street Address of Principal Office of LLC

| | |
| --- | --- |
| Principal Address | 8950 CYPRESS WATERS BLVD. COPPELL, TX 75019 |

### Mailing Address of LLC

| | |
| --- | --- |
| Mailing Address | PO BOX 619081 DALLAS, TX 75261-9741 |
| Attention | |

### Street Address of California Office of LLC

| | |
| --- | --- |
| Street Address of California Office | None |

### Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| KURT G. JOHNSON | 8950 CYPRESS WATERS BLVD. COPPELL, TX 75019 |
| JAY BRAY | 8950 CYPRESS WATERS BLVD. COPPELL, TX 75019 |

### Agent for Service of Process

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE Registered Corporate 1505 Agent |

### Type of Business

| | |
| --- | --- |
| Type of Business | Mortgage Loan Originations and Servicing |

### Email Notifications

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

### Chief Executive Officer (CEO)

| CEO Name | CEO Address |
| --- | --- |

### Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

### Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Elisabeth Gormley*                                              *02/03/2025*
_____                    _____
Signature                                                          Date

B3413-0062 02/03/2025 12:52 AM Received by California Secretary of State