# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S..C. §522(F) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/25/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Todd A. Frealy (TR)     taftrustee@lnbyb.com, taf@trustesolutions.net
Neil R Hedtke     hedtkelg@gmail.com, hedtkeecf@gmail.com;r42667@notify.bestcase.com;rowena@flatrocklegal.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/25/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Magdelena Reyes-Bordeaux
3420 Twelfth Street
Suite 365 / Courtroom 303
Riverside, CA 92501-3819

Nelson & Kennard
Attorneys for OneMain Financial Group, LLC
5011 Dudley Blvd, Bldg 250, Bay G
McClellan, CA 95652

Amanda Garcia, CT Corporation System
Agent for Service: OneMain Financial Group,
LLC 330 North Brand Blvd, Suite 700
Glendale, CA 91203

Koy Saechao, CSC Lawyers Incorporating Service
Agent for Service: Nationstar Mortgage, LLC
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/25/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

AMANDA GARCIA, CT CORPORATION SYSTEM
AGENT FOR SERVICE: ONEMAIN FINANCIAL
GROUP, LLC
330 NORTH BRAND BLVD, SUITE 700
GLENDALE CA 91203

FIRST CLASS

NELSON & KENNARD
ATTORNEYS FOR ONEMAIN FINANCIAL GROUP,
LLC
5011 DUDLEY BLVD, BLDG 250, BAY G
MCCLELLAN CA 95652

FIRST CLASS

KOY SAECHAO, CSC LAWYERS INCORPORATING
SERVICE
AGENT FOR SERVICE: NATIONSTAR MORTGAGE
LLC
2710 GATEWAY OAKS DRIVE, SUITE 150N
SACRAMENTO CA 95833